**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 4, 2026

Via ECF
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Brennan Center for Justice v. U.S. Dep't of Homeland Security et al.*,
            No. 23 Civ. 5372 (ER)

Dear Judge Ramos:

This Office represents defendants the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and the Federal Bureau of Investigation ("FBI," and collectively with DHS and ICE, "Defendants" or the "Agencies") in the above-referenced case brought by plaintiff Brennan Center for Justice at New York University School of Law ("Brennan Center" or "Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This action concerns five separate FOIA requests Brennan Center sent to some or all of the Agencies; one request was submitted in March 2022 and the four other requests were submitted in January 2023.

The parties respectfully provide this status update as directed by the Court's order dated March 24, 2026, Dkt. No. 56.

**FBI:** Since the last status report, the FBI has continued to follow up on records previously referred to other government agencies ("OGA") or components for consultation. FBI received completed consultation responses from two OGAs, and those same records have been sent for consultation to one additional OGA or component. FBI will process the relevant records for release (if appropriate) after they are returned by the OGA or component.

**DHS components:** Since the last status report, DHS and its components have resumed FOIA operations. This resolves the parties' disagreement over whether DHS should continue processing the at-issue FOIA requests during the partial lapse of appropriations.[1]

The undersigned counsel is conferring with the relevant agencies about the status of responses to the FOIA requests and expects to provide an update to the Brennan Center, which will address the issues in the Brennan Center's October 6, 2025 letter, by the end of this month.

---

[1] The partial shutdown caused by the lapse in appropriations began on February 14, 2026, and ended on April 30, 2026, when a DHS funding bill approved by Congress was signed by the President.

To allow time for this to happen, the parties jointly request that they file their next joint status report by June 1, 2026.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Jennifer Jude
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2663
jennifer.jude@usdoj.gov

cc: Counsel of record (via ECF)